# United States Court of Appeals
## For the First Circuit

No. 21-1104

JENNIFER SALMON,

Plaintiff, Appellant,

v.

ROGER LANG; LINDA HIRSCH; JOHN MOSES; JASON FREDETTE; KURT
MCPHEE; CHELMSFORD SCHOOL COMMITTEE; PATRICIA TOBIN; TOWN OF
CHELMSFORD

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on December 16, 2022, is
amended as follows:

On page 6, n.2, line 3, replace "Tobin's" with "Salmon's"

On page 29, line 14, replace "their" with "his"